**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILIP GRAHAM DUGGER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SCOTT KERNAN, Director of Corrections,<br><br>　　　　　Respondent. | Case No. SACV 17-0966-GW (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Summarily Dismissing Habeas Petition and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: June 16, 2017　　　　　_____
　　　　　　　　　　　　　　　　GEORGE WU
　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE